**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 99-6257**

───────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

PETER PAUL, a/k/a Paul Alexander, a/k/a Slug-
gie, a/k/a Peter P. Alexander, a/k/a Mark Eric
Green, a/k/a Mark Harris, a/k/a Paul Eustance,
a/k/a Derrick Anderson,

Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond.  Robert E. Payne, District Judge.
(CR-95-104)

───────────────

Submitted:  July 8, 1999              Decided:  July 14, 1999

───────────────

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Peter Paul, Appellant Pro Se.  David John Novak, OFFICE OF THE
UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Peter Paul seeks to appeal his conviction and sentence imposed following a plea of guilty to possession with intent to distribute cocaine base, in violation of 21 U.S.C. § 841(a)(1) (1994), and use of a firearm during drug trafficking, in violation of 18 U.S.C.A. § 924(c) (West 1994 & Supp. 1999). We dismiss the appeal for lack of jurisdiction because Paul's notice of appeal was not timely filed. A criminal defendant has ten days after the entry of judgment to note an appeal. See Fed. R. App. P. 4(b)(1). Judgment was entered on March 25, 1996, and Paul's notice of appeal was filed on February 19, 1999. Because Paul failed to file a timely notice of appeal, we dismiss the appeal. We deny Paul's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2